**[6ord21]** [ORDER ON OBJECTION TO CLAIM]

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
ORLANDO DIVISION

In re:                                                                                    Case No. 6:09−bk−03965−ABB
                                                                                          Chapter 13

David Foster
2875 Stags Leap Dr
Orange City, FL 32763

_____Debtor(s)_____/

ORDER SUSTAINING OBJECTION TO CLAIM NO. 9<br>
OF ROUNDUP FUNDING, LLC

   This case came before this Court on August 26, 2009 , on the Debtor's Objection to Claim No. 9 of Roundup Funding, LLC (Document No. 26 ). The Court finds that the Creditor has failed to attain prima facie validity for its claim due to its failure to attach adequate supporting documentation as required under Fed.R.Bankr.P. 3001. See In re Sandifer, 318 B.R. 609 (Bankr.M.D.Fla., 2004). Accordingly, it is

   ORDERED

   1. The Debtor's Objection to Claim No. 9 of Roundup Funding, LLC is SUSTAINED.

   2. The claim is disallowed; however, the Creditor may, if it chooses, file an amended proof of claim within 60 days from the date of this order that attaches adequate documentation.

   3. The Debtor shall have 30 days after the filing of the amended claim, if any, to file a new objection to the amended claim. If Debtor does not file a new objection to the amended claim within 30 days of it being filed, the amended claim will be an allowed general unsecured claim.

   DONE AND ORDERED on August 26, 2009 .

                                                                    *(signature)*

                                                                    _____
                                                                    Arthur B. Briskman
                                                                    United States Bankruptcy Judge